JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS APARICIO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D AND R RESTAURANT, INC.,<br><br>　　　　Defendant. | Case No. CV 17-5510 DSF (GJSx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed.

Dated: 1/30/18

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　United States District Judge